**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ALBA I.A.,

                Plaintiff,

  -against-                                    21 **CIVIL** 9537 (GRJ)

                                                               **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated December 23, 2022, Plaintiff's Motion for Judgment on the Pleadings is DENIED; the Commissioner's Motion for Judgment on the Pleadings is GRANTED; and this case is DISMISSED; accordingly, the case is closed.

**Dated:** New York, New York

      December 27, 2022

                                                                  **RUBY J. KRAJICK**

                                                                     **Clerk of Court**

                                       **BY:**     *K. Mango*

                                                                      **Deputy Clerk**